| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | WILLIAM F. ABRAMS (SBN 88805) |
| 2 | william.abrams@bingham.com |
| | RAYMIS H. KIM (SBN 167591) |
| 3 | raymis.kim@bingham.com |
| | PATRICK T. WESTON (SBN 211448) |
| 4 | patrick.weston@bingham.com |
| | 1900 University Avenue |
| 5 | East Palo Alto, CA  94303-2223 |
| | Telephone:  650.849.4400 |
| 6 | Facsimile:  650.849.4800 |
| 7 | Attorneys for Plaintiff |
| | MEDISON AMERICA, INC. |
| 8 | |
| 9 | UNITED STATES DISTRICT COURT |
| 10 | NORTHERN DISTRICT OF CALIFORNIA |
| 11 | SAN FRANCISCO DIVISION |
| 12 | |

| | | |
|---|---|---|
| 13 | MEDISON AMERICA, INC., | No. 3:06-CV-04409-SI |
| 14 | Plaintiff, | **PLAINTIFF MEDISON AMERICA INC.'S SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |
| | v. | |
| 15 | VOLUMETRICS MEDICAL IMAGING, L.L.C., | |
| 16 | | |
| | Defendant. | Judge:   Hon. Susan Illston |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

Case No. 3:06-CV-04409-SI

MEDISON AMERICA INC.'S SUBSTITUTION OF COUNSEL

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD: |
| 2 | PLEASE TAKE NOTICE that Plaintiff Medison America, Inc. hereby substitutes |
| 3 | Bingham McCutchen LLP, as its attorneys of record in this action in place of White & Case |
| 4 | LLP. |
| 5 | All documents served on Plaintiff Medison America, Inc. in this action should be |
| 6 | addressed as follows: |

William F. Abrams
BINGHAM McCUTCHEN LLP
1900 University Avenue
East Palo Alto, California 94303
Telephone:  650.849.4400
Facsimile:  650.849.4800

DATED:  November 1, 2006

BINGHAM McCUTCHEN LLP


By: _____/s/_____
William F. Abrams
Attorneys for Plaintiff
Medison America, Inc.


We accept the foregoing substitution.

DATED:  November 10, 2006

WHITE & CASE LLP


By: _____/s/_____
Heidi L. Keefe

---

2      Case No. 3:06-CV-04409-SI

MEDISON AMERICA INC.'S SUBSTITUTION OF COUNSEL

PA/52190985.2/3005386-0000322601

1 We consent to the foregoing substitution:

2 DATED: October 31, 2006

3
4          MEDISON AMERICA, INC.

5

6          By: _____/s/_____
7            Tae-Wok Han
           President

8

9          **ORDER**

10     IT IS SO ORDERED.

11

12 DATED: _____, 2006

13          _/s/ Susan Illston_

14          _____

15          Honorable Susan Illston
         United States District Judge
         Northern District of California