DANIEL J. BERGESON, State Bar No. 105439
Dbergeson@be-law.com
DONALD P. GAGLIARDI, Bar No. 138979
dgagliardi@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

ALSTON & BIRD, LLP
MICHAEL S. CONNOR
RICHARD M. McDERMOTT
CHRISTOPHER A. RILEY
Bank of America Plaza
101 S. Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1045

Appearing Specially for Defendant
VOLUMETRICS MEDICAL IMAGING, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDISON AMERICA, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VOLUMETRICS MEDICAL IMAGING, L.L.C., a Delaware Company<br><br>Defendant. | Case No. C06-04409 SI<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR VOLUMETRICS MEDICAL IMAGING, L.L.C.**<br>[N.D. CAL. CIVIL L. R. 6-2]<br><br><br>Complaint Filed: July 18. 2006 |

**IT IS HEREBY STIPULATED** among the parties to the above-captioned action pursuant to N.D.Cal. Civil L.R. 6-2 that defendant Volumetrics Medical Imaging, L.L.C. ("VMI") shall have through and including December 15, 2006 to answer, move or otherwise respond to the Complaint so as to give VMI's counsel adequate time to prepare an appropriate response thereto.

There have been no previous time modifications in this matter. The time modification requested will not impact the Court's December 15, 2006 case management conference.

**SO STIPULATED.**

Dated: November ___, 2006
December 1, 2006

BERGESON, LLP

ALSTON & BIRD, LLP

By: _____
Donald P. Gagliardi
Appearing Specially for Defendant
VOLUMETRICS MEDICAL IMAGING, L.L.C.

BINGHAM McCUTCHEN, LLP

By: _____
William F. Abrams
Attorneys for Plaintiff
MEDISON AMERICA, INC.

**SO ORDERED.**

Dated: December ___, 2006

By: _____
Judge Susan Illston
UNITED STATES DISTRICT JUDGE

-1-

STIPULATION AND ORDER EXTENDING TIME FOR VOLUMETRICS MEDICAL IMAGING, L.L.C.
C06-04393 SI