| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | WILLIAM F. ABRAMS (SBN 88805) |
| 2 | william.abrams@bingham.com |
| | RAYMIS H. KIM (SBN 167591) |
| 3 | raymis.kim@bingham.com |
| | PATRICK T. WESTON (SBN 211448) |
| 4 | patrick.weston@bingham.com |
| | 1900 University Avenue |
| 5 | East Palo Alto, CA 94303-2223 |
| | Telephone: 650.849.4400 |
| 6 | Facsimile: 650.849.4800 |
| 7 | Attorneys for Plaintiff |
| | MEDISON AMERICA, INC. |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MEDISON AMERICA, INC., | No. 3:06-CV-04409-SI | |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** | |
| v. | | |
| VOLUMETRICS MEDICAL IMAGING, L.L.C., | | |
| Defendant. | Date: June 8, 2007 | |
| | Time: 2:30 p.m. | |
| | Courtroom: 10 | |
| | Judge: Hon. Susan Illston | |

1.  The parties agree to continue the Case Management Conference in the above-entitled action until resolution of Medison America's pending motion to dismiss for lack of standing of a related patent case involving both Medison America and VMI before the District Court in the Middle District of North Carolina, Greensboro Division, Civil Action No: 1:05CV00955.

2.  The parties agree to promptly notify the Court upon entry of an order granting or denying Medison America's pending motion to dismiss, at which time the parties

1  will respectfully request a further Case Management Conference to be held 45 days after entry of
2  said order.

3  DATED:  June 7, 2007                         Respectfully Submitted,
4
5                                                BINGHAM McCUTCHEN LLP
6
7
8                                                By:_____/s/_____
                                                        William F. Abrams
9                                                       Attorneys for Plaintiff
                                                        Medison America, Inc.
10

11 DATED:  June 7, 2007                         Respectfully Submitted,
12
13                                               By its attorneys,
                                                 BERGESON, LLP
14
15
16                                               By:_____/s/_____
                                                        Donald P. Gagliardi
17
   The case management conference has been
18 continued to Friday, July 27, 2007            Donald P. Gagliardi
                                                 Bergeson, LLP
19                                               303 Almaden Blvd.
                                                 Suite 500
20                                               San Jose, CA 95110-2712

21                                               Appearing Specially for Defendant
                                                 VOLUMETRICS MEDICAL IMAGING,
22                                               L.L.C.

23 **IT IS SO ORDERED.**

24                                               /s/ Susan Illston
25 Dated:_____                           _____
                                                        United States District Judge
26

**CERTIFICATION BY PATRICK T. WESTON PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am an attorney licensed to practice law in the state of California, and am a counsel in the law firm of Bingham McCutchen LLP, counsel for plaintiff Medison America. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct on June 7, 2007.

/s/   Patrick T. Weston
Patrick T. Weston