| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | WILLIAM F. ABRAMS (SBN 88805) |
| 2 | william.abrams@bingham.com |
| | RAYMIS H. KIM (SBN 167591) |
| 3 | raymis.kim@bingham.com |
| | PATRICK T. WESTON (SBN 211448) |
| 4 | patrick.weston@bingham.com |
| | 1900 University Avenue |
| 5 | East Palo Alto, CA 94303-2223 |
| | Telephone: 650.849.4400 |
| 6 | Facsimile: 650.849.4800 |
| 7 | Attorneys for Plaintiff |
| | MEDISON AMERICA, INC. |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 13 | MEDISON AMERICA, INC., | No. 3:06-CV-04409-SI |
| 14 | Plaintiff, | **STIPULATION AND PROPOSED ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| 15 | v. | |
| 16 | VOLUMETRICS MEDICAL IMAGING, L.L.C., | |
| 17 | Defendant. | Date: July 27, 2007 |
| | | Time: 2:30 p.m. |
| | | Courtroom: 10 |
| 18 | | Judge: Hon. Susan Illston |

1.    The parties agree to continue the Case Management Conference in the above-entitled action until resolution of Medison America's pending motion to dismiss for lack of standing of a related patent case involving both Medison America and VMI before the District Court in the Middle District of North Carolina, Greensboro Division, Civil Action No: 1:05CV00955.

2.    The parties agree to promptly notify the Court upon entry of an order granting or denying Medison America's pending motion to dismiss, at which time the parties

Case No. 3:06-CV-04409-SI

STIPULATION REGARDING CONTINUANCE OF CMC

A/72098112.2

| | |
|---|---|
| 1 | will respectfully request a further Case Management Conference to be held 45 days after entry of |
| 2 | said order. |
| 3 | DATED: July 18, 2007            Respectfully Submitted, |

BINGHAM McCUTCHEN LLP

By: _____/s/_____
William F. Abrams
Attorneys for Plaintiff
Medison America, Inc.

DATED: July 18, 2007           Respectfully Submitted,

By its attorneys,
BERGESON, LLP

By: _____/s/_____
Donald P. Gagliardi

Donald P. Gagliardi
Bergeson, LLP
303 Almaden Blvd.
Suite 500
San Jose, CA 95110-2712

Appearing Specially for Defendant
VOLUMETRICS MEDICAL IMAGING, L.L.C.

**IT IS SO ORDERED.**

Dated:_____  _____
United States District Judge

The further case management conference is continued to Friday, October 19, 2007, at 2:30 p.m.

| | |
|---|---|
| 1 | **CERTIFICATION BY PATRICK T. WESTON PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES** |
| 2 | |
| 3 | 1. I am an attorney licensed to practice law in the state of California, and am a |
| 4 | counsel in the law firm of Bingham McCutchen LLP, counsel for plaintiff Medison America. |
| 5 | The statements herein are made on my personal knowledge, and if called as a witness I could and |
| 6 | would testify thereto. |
| 7 | 2. The above e-filed document contains multiple signatures. I declare that |
| 8 | concurrence has been obtained from each of the other signatories to file this jointly prepared |
| 9 | document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support |
| 10 | this concurrence for subsequent production for the Court if so ordered, or for inspection upon |
| 11 | request by a party until one year after final resolution of the action (including appeal, if any). |
| 12 | I declare under penalty of perjury under the laws of the state of California that the |
| 13 | foregoing is true and correct on July 18, 2007. |
| 14 | |
| 15 | /s/ |
| 16 | Patrick T. Weston |

STIPULATION REGARDING CONTINUANCE OF CMC

A/72098112.2