```
1  BINGHAM McCUTCHEN LLP
   WILLIAM F. ABRAMS (SBN 88805)
2  william.abrams@bingham.com
   RAYMIS H. KIM (SBN 167591)
3  raymis.kim@bingham.com
   PATRICK T. WESTON (SBN 211448)
4  patrick.weston@bingham.com
   1900 University Avenue
5  East Palo Alto, CA  94303-2223
   Telephone:  650.849.4400
6  Facsimile:  650.849.4800

7  Attorneys for Plaintiff
   MEDISON AMERICA, INC.
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MEDISON AMERICA, INC.,<br><br>　　　　Plaintiff,<br>v.<br>VOLUMETRICS MEDICAL IMAGING, L.L.C.,<br><br>　　　　Defendant. | No. 3:06-CV-04409-SI<br><br>**STIPULATION AND PROPOSED ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date:　　October 19, 2007<br>Time:　　2:30 p.m.<br>Courtroom: 10<br>Judge:　　Hon. Susan Illston |
|---|---|

1.　　The parties agree to continue the Case Management Conference in the above-entitled action until resolution of Medison America's pending motion to dismiss for lack of standing of a related patent case involving both Medison America and VMI before the District Court in the Middle District of North Carolina, Greensboro Division, Civil Action No. 1:05CV00955.  That motion has now been set for hearing before Judge Tilley in Greensboro, North Carolina on October 23, 2007.

2.　　The parties agree to promptly notify the Court upon entry of an order

Case No. 3:06-CV-04409-SI

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF CMC

1  granting or denying Medison America's pending motion to dismiss, at which time the parties
2  will respectfully request a further Case Management Conference to be held 45 days after entry of
3  said order.

4  DATED: October 9, 2007          Respectfully Submitted,

6                                   BINGHAM McCUTCHEN LLP

8                                   By:_____/s/ William F. Abrams_____
                                            William F. Abrams
9                                           Attorneys for Plaintiff
                                            Medison America, Inc.

11 DATED: October 9, 2007          Respectfully Submitted,

                                    By its attorneys,
14                                  BERGESON, LLP

16                                  By:_____/s/ Donald P. Gagliardi_____
                                            Donald P. Gagliardi

17                                  Donald P. Gagliardi
                                    Bergeson, LLP
18                                  303 Almaden Blvd.
                                    Suite 500
19                                  San Jose, CA 95110-2712

20                                  Appearing Specially for Defendant
                                    VOLUMETRICS MEDICAL IMAGING,
21                                  L.L.C.

22                                  The case management conference has been continued to Friday,
                                    December 14, 2007, at 2:30 p.m. (joint statuement due one week
23 **IT IS SO ORDERED.**            prior)

25 Dated: _____   _____
                                    United States District Judge

2                                                                    Case No. 3:06-CV-04409-SI

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF CMC

**CERTIFICATION BY RUBY M. WAYNE PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am a lawyer licensed to practice law in the State of California, and am a counsel in the law firm of Bingham McCutchen LLP, counsel for plaintiff Medison America. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct on October 9, 2007.

        /s/ Ruby M. Wayne
        Ruby M. Wayne