

| 1 | BINGHAM McCUTCHEN LLP
WILLIAM F. ABRAMS (SBN 88805) |
| 2 | william.abrams@bingham.com
RAYMIS H. KIM (SBN 167591) |
| 3 | raymis.kim@bingham.com
PATRICK T. WESTON (SBN 211448) |
| 4 | patrick.weston@bingham.com
1900 University Avenue |
| 5 | East Palo Alto, CA 94303-2223
Telephone: 650.849.4400 |
| 6 | Facsimile: 650.849.4800 |
| 7 | Attorneys for Plaintiff
MEDISON AMERICA, INC. |
| 8 | |

DENIED

Judge Susan Illston

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11  SAN FRANCISCO DIVISION

12

| 13 | MEDISON AMERICA, INC., | No. 3:06-CV-04409-SI |
| 14 | Plaintiff, | **STIPULATION AND PROPOSED** |
| 15 | v. | **ORDER REGARDING**
**CONTINUANCE OF CASE** |
| | VOLUMETRICS MEDICAL IMAGING, L.L.C., | **MANAGEMENT CONFERENCE** |
| 16 | | |
| 17 | Defendant. | Date:     December 14, 2007
Time:     2:30 p.m. |
| 18 | | Courtroom: 10
Judge:    Hon. Susan Illston |

19          1.       The parties agree to continue the Case Management Conference in the

20  above-entitled action until resolution of Medison America's pending motion to dismiss for lack

21  of standing of a related patent case involving both Medison America and VMI before the District

22  Court in the Middle District of North Carolina, Greensboro Division, Civil Action

23  No. 1:05CV00955.  Judge Tilley held a hearing on the Motion to Dismiss on October 23, 2007,

24  and decided that there are issues of fact that need to be resolved.  Judge Tilley set the matter for a

25  jury trial on February 25, 2008, in Greensboro, North Carolina for the purpose of resolving those

26  limited factual matters relating to the resolution of the Motion to Dismiss.

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF CMC

A/72343045.4

2.     The parties agree to promptly notify the Court upon entry of an order granting or denying Medison America's pending motion to dismiss, at which time the parties will respectfully request a further Case Management Conference to be held 45 days after entry of said order.

DATED:  December 7, 2007                    Respectfully Submitted,


                                            BINGHAM McCUTCHEN LLP


                                            By:_____/s/ William F. Abrams_____
                                                         William F. Abrams
                                                         Attorneys for Plaintiff
                                                         Medison America, Inc.



DATED:  December 7, 2007                    Respectfully Submitted,


                                            By its attorneys,
                                            BERGESON, LLP


                                            By:_____/s/ Donald P. Gagliardi_____
                                                         Donald P. Gagliardi

                                                Donald P. Gagliardi
                                                Bergeson, LLP
                                                303 Almaden Blvd.
                                                Suite 500
                                                San Jose, CA 95110-2712

                                                Appearing Specially for Defendant
                                                VOLUMETRICS MEDICAL IMAGING,
                                                L.L.C.


**IT IS SO ORDERED.**


Dated: _____        _____
                                                United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF CMC

A/72343045.4

**CERTIFICATION BY RUBY M. WAYNE PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1.      I am a lawyer licensed to practice law in the State of California, and am a counsel in the law firm of Bingham McCutchen LLP, counsel for plaintiff Medison America.  The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2.      The above e-filed document contains multiple signatures.  I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court.  Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct on December 7, 2007.

_____/s/ Patrick T. Weston_____
Patrick T. Weston

Case No. 3:06-CV-04409-SI

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF CMC

A/72343045.4