| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | WILLIAM F. ABRAMS (SBN 88805) |
| 2 | william.abrams@bingham.com |
| | RAYMIS H. KIM (SBN 167591) |
| 3 | raymis.kim@bingham.com |
| | PATRICK T. WESTON (SBN 211448) |
| 4 | patrick.weston@bingham.com |
| | 1900 University Avenue |
| 5 | East Palo Alto, CA  94303-2223 |
| | Telephone:  650.849.4400 |
| 6 | Facsimile:  650.849.4800 |
| 7 | Attorneys for Plaintiff |
| | MEDISON AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MEDISON AMERICA, INC., | | No. 3:06-CV-04409-SI |
| | Plaintiff, | |
| | v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| VOLUMETRICS MEDICAL IMAGING, L.L.C., | | Judge:   Hon. Susan Illston |
| | Defendant. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), plaintiff Medison America, Inc. voluntarily dismisses the above-encaptioned action without prejudice.

DATED:  March 3, 2008        Respectfully Submitted,

BINGHAM McCUTCHEN LLP

By: _____/s/ Patrick T. Weston_____
        Patrick T. Weston
        Attorneys for Plaintiff
        Medison America, Inc.

*IT IS SO ORDERED*
*Susan Illston*
Judge Susan Illston
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

Case No. 3:06-CV-04409-SI

NOTICE OF VOLUNTARY DISMISSAL